IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) EDWIN RETAMAR-ORIOL, a/k/a Mastipo<br>2) ELVIS AVILES-VEGA, a/k/a Gordo<br>3) ABERTO AVILES-VEGA, a/k/a Arabe<br>4) HIRAM QUINTANA-RODRIGUEZ<br>5) KERVIN GREAVES, a/k/a Kevin<br>**6) JASON POTER**<br><br>Defendants | CRIMINAL 12-0686CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 2, 2013 (**docket entry 71**) on a Rule 11 proceeding of defendant Jason Poter (6) held before U.S. Magistrate Judge Bruce J. McGiverin on April 1, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 1, 2013.  The **sentencing hearing is set for July 9, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge